Eugene Rome, Esq. (SBN: 232780)
erome@romeandassociates.com
Brianna Dahlberg, Esq. (SBN: 280711)
bdahlberg@romeandassociates.com
**ROME & ASSOCIATES, A.P.C.**
2029 Century Park East, Suite 450
Los Angeles, California 90067
Tel.: (310) 282-0690
Fax: (310) 282-0691
Attorneys for Petitioner
JASPREET MATHUR

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORIA

| IN RE: DMCA § 512(h) SUBPOENA TO GODADDY INC. | MISC. Case No: 22-173 |
|---|---|
| | **DECLARATION OF BRIANNA DAHLBERG IN SUPPORT OF REQUEST TO THE CLERK FOR ISSUANCE OF SUBPOENA TO GODDADDY INC. PURSUANT TO 17 U.S.C. § 512(h)** |

1
**DECLARATION OF BRIANNA DAHLBERG**

# DECLARATION OF BRIANNA DAHLBERG

I, Brianna Dahlberg, hereby declare:

1. I am Counsel with the firm Rome & Associates, A.P.C., attorneys for Petitioner Jaspreet Mathur in connection with the above-captioned matter. I make this declaration on personal knowledge and, if sworn as a witness, could and would competently testify to each of the facts set forth herein.

2. On September 1, 2022, I sent a notification pursuant to 17 U.S.C. § 512(c)(3)(A) on behalf of Mr. Mathur to GoDaddy Inc. regarding infringing material posted on **www.jasmathur.com**. A true and correct copy of the notification is attached as **Exhibit A** hereto.

3. I make this declaration in support of Mr. Mathur's request to the Clerk of the Court to issue a subpoena to GoDaddy Inc. pursuant to 17 U.S.C. § 512(h). The purpose for which the subpoena is sought is to obtain the identity of the alleged infringer or infringers and such information will only be used for the purposes of protecting rights under title 17 of the United States Code.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: September 1, 2022            By:   /s/ Brianna Dahlberg
                                                Brianna Dahlberg

# Exhibit A

|  |  |
|---|---|
| **Subject:** | Copyright Claim |
| **Date:** | Thursday, September 1, 2022 at 10:47:10 AM Pacific Daylight Time |
| **From:** | Brianna Dahlberg <BDahlberg@romeandassociates.com> |
| **To:** | copyrightclaims@godaddy.com <copyrightclaims@godaddy.com> |
| **Attachments:** | image001.png |

Dear Copyright Agent,

I, Brianna Dahlberg, am counsel for Jas Mathur. I hereby declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge and belief the following is true and correct and I have the authority to act on behalf of the owner of the copyrights involved.

I have a good faith belief that the use of materials identified below is not authorized by the owner and therefore infringes on its rights pursuant to copyright law. Pursuant to this notification, you should immediately take steps to locate and remove and/or disable access to the content that is on your system.

Identification of copyrighted works infringed:

Multiple photographs of Jas Mathur, including a photo of Mr. Mathur wearing sunglasses; a photo of Mr. Mathur holding dumbbells; a photo of Mr. Mathur seated on steps; and numerous images taken from Mr. Mathur's Instagram page, https://www.instagram.com/limitless/.

Location of the infringing material:
https://jasmathur.com/
https://jasmathur.com/jas-mathur-a-fraudster-disguised-as-a-businessman/
https://jasmathur.com/jas-mathur-and-his-lavish-lifestyle-w-through-his-scammed-payment-processing-and-money-laundering-business/
https://jasmathur.com/jas-mathur-king-of-scammers/

This correspondence and all of its contents is without prejudice to Mr. Mathur's rights and remedies, all of which are expressly reserved.

Sincerely,

/s/ Brianna Dahlberg
Counsel for Jas Mathur



bdahlberg@romeandassociates.com
2029 Century Park East, Suite 450
Los Angeles, CA 90067
Cell: (310) 282-0690
Facsimile:  (310) 282-0691

~~ www.romeandassociates.com ~~

CONFIDENTIAL COMMUNICATION:

The information contained in this e-mail message is legally privileged and confidential information

intended only for the use of the individual or entity named above. If the receiver of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this email message is strictly prohibited and may violate the legal rights of others.  If you have received this message in error, please immediately notify the sender by reply email or telephone and delete it from your system.